# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL NO. 15-CR-4512 MV |
| vs. ) | |
| ) | |
| NICHOLAS BACA, ) | |
| ) | |
| Defendant. ) | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM
## FOR CUSTODY OF DEFENDANT UNTIL COMPLETION OF FEDERAL CASE

THE PRESIDENT OF THE UNITED STATES OF AMERICA:

TO: Sheriff or Warden of the Taos Detention Center, Taos, NM, and to the United States Marshal or his authorized representative

## GREETINGS:

You are hereby commanded to deliver NICHOLAS BACA, January 1, 1986, a prisoner in your custody at the Taos Detention Center to the United States Marshal for the District of New Mexico, or his representative.

The United States Marshals Service is commanded to produce NICHOLAS BACA for prosecution before the Honorable Chief U.S. Magistrate Judge Karen B. Molzen, Pete V. Dominici United States Courthouse, 333 Lomas Blvd. NW, Gila Courtroom, on January 25, 2016 at 9:30 a.m.

NICHOLAS BACA will remain in the custody of the United States Marshal or his authorized representative until the federal prosecution is complete, unless otherwise ordered.

WITNESS the Honorable Laura Fashing, Magistrate Judge of the United States District Court for the District of New Mexico, at Albuquerque, New Mexico, this 12th day of January, 2016.

_____, Deputy Clerk
Matthew J. Dykman, Clerk

_____
HONORABLE LAURA FASHING
UNITED STATES MAGISTRATE JUDGE