IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                         CR NO.  15-04512 MV

JASON DURAN,

    Defendant,

## NOTICE OF NON-AVAILABILITY

COMES NOW the counsel for Jason Duran to notify the Court and opposing party that he will be out-of-state on personal leave and unavailable for hearings and appearances from March 1-9, 2016, April 26-May 19, 2016, July 11-14, 2016, and August 19, 2016, but will be in regular contact with his office regarding urgent matters that may be handled by telephone or email, and he respectfully requests that the Court not set any hearings or deadlines during that above time.

    Respectfully submitted,
    /s/ John F. Moon Samore, Esq.
    Attorney at Law
    P.O. Box 1993
    Albuquerque, NM  87103
    (505) 244-0450

I hereby certify that a true and correct copy of the foregoing was sent by U.S. mail, facsimile transcription, or hand-delivered to opposing counsel this 1st day of February 2016.

/s/ John F. Moon Samore, Esq.